UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 04-21-DLB-EBA

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.            **ORDER ADOPTING REPORT & RECOMMENDATION**

RHONDA THURMAN                                                                DEFENDANT

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court dismiss the alleged supervised release violations without prejudice (Doc. # 93). No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 93) is hereby **ADOPTED** as Opinion of the Court;

(2)     Defendant's alleged supervised release violations as set forth in the June 23, 2015 violation report and July 30, 2015 addendum are **dismissed without prejudice**;

(3)     Defendant shall remain on her current unexpired term of supervised release.

1

This 5th day of September, 2016.



K:\DATA\ORDERS\Ashland Criminal\2004\04-21 Order adopting R&R on SR.wpd